Eric J. Buescher (Bar No. 271323)
eric@baykeeper.org
M. Benjamin Eichenberg (Bar No. 270893)
ben@baykeeper.org
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California  94612
Telephone:   (510) 735-9700

Robert S. Perlmutter (Bar No. 183333)
perlmutter@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California  94102
Telephone:   (415) 552-7272
Facsimile:    (415) 552-5816

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMPORTS, INC., a Delaware Corporation; APS WEST COAST, INC., a Delaware Corporation; BENICIA PORT TERMINAL COMPANY, a Delaware Corporation; and VALERO REFINING COMPANY – CALIFORNIA, a Delaware Corporation,<br><br>Defendants. | Case No. 3:22-cv-01294-WHO<br><br>**STIPULATION AND ORDER REQUESTING REFERRAL TO MAGISTRATE JUDGE LAUREL BEELER FOR A SETTLEMENT CONFERENCE AND FOR VACATION OF JANUARY 16, 2024, SUBSEQUENT CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:     March 1, 2022 |

As discussed with the Court at the November 21, 2023, Case Management Conference ("CMC"), and pursuant to Civil Local Rules 6-2, 7-12 and 16-2(d) & (e), Plaintiff San Francisco Baykeeper ("Baykeeper"), Defendants Amports, Inc., APS West Coast, Inc., and Benicia Port Terminal Company (collectively, "Amports"), and Defendant Valero Refining Company–California ("Valero") (collectively, "Parties"), by and through their respective counsel, hereby stipulate and request that the Court refer this case to Magistrate Judge Laurel Beeler to hold a settlement conference with all Parties. The Parties also stipulate and request that the Court

1

continue the subsequent CMC, currently scheduled for January 16, 2024, until the earliest available date thirty (30) days after the settlement conference is scheduled.

**RECITALS**

As detailed in previous stipulations continuing the initial CMC and discussed with the Court on November 21, 2023, the Parties have been actively engaged in settlement discussions since even before Baykeeper filed the instant Complaint for Declaratory and Injunctive Relief and Civil Penalties in this action on March 1, 2022. The Complaint alleges that Defendants Amports and Valero (collectively, "Defendants") violated and are violating various provisions of the Federal Clean Water Act in conducting petroleum coke handling, storage, and ship loading operations at the Port of Benicia ("Port"). The Complaint also alleges that Defendants violated and are violating various state laws in conducting those operations. All Defendants have answered.

The Parties have exchanged multiple drafts of a proposed consent decree that would—if finalized and executed by all Parties—fully resolve this dispute. However, settlement discussions have recently reached an impasse. All Parties believe a settlement conference with counsel and Party representatives that have the final authority to settle is necessary and appropriate at this point. The Parties have further agreed that they would like to have the settlement conference conducted by the Honorable Laurel Beeler at her earliest available date after January 8, 2024, subject to the availability of counsel and Party representatives. In the meantime, the Parties are continuing their efforts to reach a settlement without need for consumption of judicial resources.

In light of the foregoing, the Parties have further agreed that the subsequent CMC currently scheduled for January 16, 2024 (and related Joint CMC Statement date), should be vacated and continued until the Court's earliest available date thirty (30) days after the Settlement Conference is held.

**NOW, THEREFORE,** the Parties, by and through their counsel, stipulate and agree as follows:

/ / /

# STIPULATION

1. This case be referred to the Honorable Laurel Beeler to conduct a settlement conference at her earliest available date after January 8, 2024; and

2. The January 16, 2024, CMC and related Joint CMC Statement date be vacated and rescheduled for the earliest available date after the settlement conference is scheduled to be held.

DATED: December 19, 2023          SHUTE, MIHALY & WEINBERGER LLP

By:     /s/ Robert S. Perlmutter
ROBERT S. PERLMUTTER[1]

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

DATED: December 19, 2023          CANNATA O'TOOLE & OLSON LLP

By:     /s/ Therese Y. Cannata
THERESE Y. CANNATA

Attorneys for Defendants
AMPORTS, INC.; APS WEST COAST, INC.; and BENICIA PORT TERMINAL COMPANY

---

[1] Pursuant to Local Rule 5-1(h), I hereby attest that each of the other signatories have concurred in the filing of this document.

1  DATED: December 19, 2023              PILLSBURY WINTHROP SHAW PITTMAN LLP

                                        By:    /s/ Margaret Rosegay
                                               MARGARET ROSEGAY

                                        Attorneys for Defendant
                                        VALERO REFINING COMPANY –
                                        CALIFORNIA

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: December 19, 2023

_____
HON. WILLIAM H. ORRICK
United States District Court District Judge

1725590.3