Eric J. Buescher (Bar No. 271323)
eric@baykeeper.org
M. Benjamin Eichenberg (Bar No. 270893)
ben@baykeeper.org
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California  94612
Telephone:   (510) 735-9700

Robert S. Perlmutter (Bar No. 183333)
perlmutter@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California  94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMPORTS, INC., a Delaware Corporation; APS WEST COAST, INC., a Delaware Corporation; BENICIA PORT TERMINAL COMPANY, a Delaware Corporation; and VALERO REFINING COMPANY – CALIFORNIA, a Delaware Corporation,<br><br>　　　　Defendants. | Case No. 3:22-cv-01294-WHO (LB)<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:　　March 1, 2022 |

On August 15, 2024 Plaintiff San Francisco Baykeeper and Defendants Valero Refining Company – California, Amports, Inc., APS West Coast, Inc., and Benicia Port Terminal Company completed execution of a proposed Consent Decree that would resolve this case in full. Also on August 15, pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5, the executed Consent Decree was sent to the Attorney General and the Administrator of the EPA. Once the statutory 45-day review has passed, the parties will submit the Consent Decree for the court's review and approval.

DATED: August 16, 2024　　　　SAN FRANCISCO BAYKEEPER

By:　　/s/ Eric J. Buescher
　　　ERIC J. BUESCHER

Attorneys for Plaintiff SAN FRANCISCO BAYKEEPER

DATED: August 16, 2024　　　　SHUTE, MIHALY & WEINBERGER LLP

By:　　/s/ Robert S. Perlmutter
　　　ROBERT S. PERLMUTTER

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

1816819.1