Eric J. Buescher (Bar No. 271323)
eric@baykeeper.org
M. Benjamin Eichenberg (Bar No. 270893)
ben@baykeeper.org
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California  94612
Telephone:   (510) 735-9700

Robert S. Perlmutter (Bar No. 183333)
perlmutter@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California  94102
Telephone:   (415) 552-7272
Facsimile:    (415) 552-5816

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMPORTS, INC., a Delaware Corporation; APS WEST COAST, INC., a Delaware Corporation; BENICIA PORT TERMINAL COMPANY, a Delaware Corporation; and VALERO REFINING COMPANY – CALIFORNIA, a Delaware Corporation,<br><br>Defendants. | Case No. 3:22-cv-01294-WHO<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Action Filed:    March 1, 2022<br><br>Date:          October 8, 2024<br>Time:          2:00 PM, via Zoom<br>Courtroom:  2, 17th floor<br>Judge:         The Hon. William H. Orrick |

As indicated in their August 15, 2024, Notice of Settlement (Dkt No. 73), and following an all-day mediation with Magistrate Judge Beeler, the Parties have executed an agreement to resolve this matter in full through the entry of a [Proposed] Consent Decree ("Consent Decree"). A copy of the fully-executed Consent Decree is attached hereto as Exhibit A.

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5, the Parties submitted the Consent Decree to the Department of Justice ("DOJ") and the Administrator of the EPA for the

required forty-five (45) day review period.

That review period expired on September 30, 2024. On that same date, DOJ responded that the United States has no objection to entry of the Consent Decree.  DOJ further requested that the Parties submit its letter indicating its non-objection to the Court.  DOJ's letter is attached hereto as Exhibit B.

Accordingly, the Parties jointly request that the Court adopt the Consent Decree and enter it as the Judgment of the Court. The Parties further request that the Court vacate the CMC currently scheduled for October 8, 2024 at 2:00 pm.

DATED:  October 1, 2024       SHUTE, MIHALY & WEINBERGER LLP

By:    /s/ Robert S. Perlmutter
ROBERT S. PERLMUTTER[1]

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

DATED:  October 1, 2024       CANNATA O'TOOLE & OLSON LLP

By:    /s/ Therese Y. Cannata
THERESE Y. CANNATA

Attorneys for Defendants
AMPORTS, INC.; APS WEST COAST, INC.;
and BENICIA PORT TERMINAL COMPANY

---

[1] Pursuant to Local Rule 5-1(h), I hereby attest that each of the other signatories have concurred in the filing of this document.

DATED:  October 1, 2024        PILLSBURY WINTHROP SHAW PITTMAN LLP


By:     /s/ Margaret Rosegay
       MARGARET ROSEGAY

       Attorneys for Defendant
       VALERO REFINING COMPANY –
       CALIFORNIA

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

3

4  DATED: October 7, 2024

_____
HON. WILLIAM H. ORRICK
United States District Court District Judge